STATE OF NEW JERSEY v. CHRISTOPHER GRUNTO, ET AL.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANKLIN DELANO WILLIAMS.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND LODATO.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TROY NOLAN.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY MCCOY.

May 10, 1988.

Petition for certification denied.